Cody J. SIMPSON, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

**No. 326, 2016**

Supreme Court of Delaware.

Submitted: September 7, 2016

Decided: September 9, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 107025625

DISMISSED.

Robert W. HASSETT, III, Defendant
Below-Appellant,

v.

STATE of Delaware, Plaintiff
Below-Appellee.

**No. 187, 2016**

Supreme Court of Delaware.

Submitted: August 5, 2016

Decided: September 9, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID 0005011315

AFFIRMED.

Mynor RUANO-AVILA, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

**No. 659, 2015**

Supreme Court of Delaware.

Submitted: June 13, 2016

Decided: September 9, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1211023679

AFFIRMED.

Devearl BACON, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

**No. 269, 2016**

Supreme Court of Delaware.

Submitted: July 12, 2016

Decided: September 12, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 006017660

AFFIRMED.